B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carrozza, Paul Richard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Carrozza, Shiela Denise** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka Paul Carrozza** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka Shiela D. Rogers** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-4740** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9501** |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 E. 51st Street, #4**<br>**Austin, TX**  ZIP CODE **78751** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**100 E. 51st Street, #4**<br>**Austin, TX**  ZIP CODE **78751** |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business:<br>**Travis** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 1219998204)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Paul Richard Carrozza** <br> **Shiela Denise Carrozza** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br> Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br> (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 1219998204)*

B1 (Official Form 1) (04/13)                                                                                                                                     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Paul Richard Carrozza**<br>**Shiela Denise Carrozza** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Paul Richard Carrozza**
    Paul Richard Carrozza

**X  /s/ Shiela Denise Carrozza**
    Shiela Denise Carrozza

Telephone Number (If not represented by attorney)

**8/22/2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X  /s/ Lynn E. Saarinen**
    Lynn E. Saarinen          Bar No. **17498900**

**Barron & Newburger PC**
**1212 Guadalupe**
**Suite 104**
**Austin, TX  78701**

Phone No. **(512) 476-9103**     Fax No. **(512) 476-9253**

**8/22/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: **Paul Richard Carrozza**  Case No. _____
**Shiela Denise Carrozza**                    (if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

In re: **Paul Richard Carrozza**
      **Shiela Denise Carrozza**

Case No. _____
            (if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Paul Richard Carrozza**
                            Paul Richard Carrozza

Date: **8/22/2015**

B 1D (Official Form 1, Exhibit D) (12/09)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: **Paul Richard Carrozza**
**Shiela Denise Carrozza**

Case No. _____
(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: **Paul Richard Carrozza**
**Shiela Denise Carrozza**

Case No. _____
(if known)

Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Shiela Denise Carrozza**
Shiela Denise Carrozza

Date: **8/22/2015**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Paul Richard Carrozza** CASE NO
**Shiela Denise Carrozza**

CHAPTER 7

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 8/22/2015     Signature /s/ Paul Richard Carrozza
*Paul Richard Carrozza*

Date 8/22/2015     Signature /s/ Shiela Denise Carrozza
*Shiela Denise Carrozza*

Accounts Receivable Management
P.O. Box 129
Thorofare, NJ  08086-0129


Adidas America, Inc.
685 Cedar Crest Road
Spartanburg, SC  29301


Allstate Texas Lloyds Company
P.O. Box 55126
Boston, MA  02205


Asics America Corporation
P.O. Box 827483
Philadelphia, PA  19182-7483


Austin Radiological Association
4200 International Parkway
Carrollton, TX  75007


Balega International
406 20th Street, SE
Hickory, NC 28602


Bank of America
P.O. Box 982235
El Paso, TX 79998


Barnett & Garcia, PLLC
Lawrence Falli
3821 Juniper Trace, Suite 108
Austin, TX  78738


Barry W. Coffman, CPA
4131 Spicewood Springs Rd.
Austin, TX 78759

BOA
580 W Lambert Rd # L
Brea, CA  92821


Brooks Sports, Inc.
3400 Stone Way N., 5th Floor
Seattle, WA 98103


Brown Law, PLLC
3030 S. Gessner, Suite 200
Houston, TX  777063


CACH, LLC/Square Two Financial
Attention:  Bankruptcy
4340 South Monaco St., 2nd Floor
Denver, CO 80237


CBDRU-PCM
406 20th Street, SE
Winston Salem, NC 27102


Chase
P.O. Box 15298
Wilmington, DE 19850


City of Austin
dba Austin Energy
721 Barton Springs Road
Austin, TX  78704


Comerica Bank
2414 Exposition Blvd.
Austin, TX 78703


Continental Recovery Services
2051 Royal Ave.
Simi Valley, CA 93065

Corporate Counsel, PA
Attn: Timothy Fafinski
3411 Brei Kessel Road
Independence, MN 55359

Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

David Dunlap
P.O. Box 517
Austin, TX 78767

Doug Alfier
1609 Sundown Blvd.
Lockhart, TX 78644

Ecco
P.O. Box 415162
Boston, MI 02241

Enerson Law, LLC
250 Bishops Way, Suite 300
Brookfield, WI 53005

EOS CCA
P.O. Box 981025
Boston, MA 02298

Eric Visser
G'town Jazz Group, LLC
7200 N. Mopac Expy., Suite 430
Austin, TX 78731

Etonic Worldwide, LLC
nka Lotto Sport N. America, LLC
c/o Barnett & Garcia, PLLC
3821 Juniper Trace, Suite 108
Austin, TX 78738

Far West Retail Joint Venture, LP
3633 N. Hills Drive
Austin, TX 78731

FedEx
P.O. Box 660481
Dallas, TX 75266

Feetures
P.O. Box 1401
Newton, NC 28658

Fridge & Resendez, LLC
Riverview Towers, Suite 1700
111 Soledad Street
San Antonio, TX 78205

Frost Bank
P.O. Box 1600
San Antonio, TX 78286

Frost Bank
P.O. Box 1727
Austin, TX 78704

FWH Investments IRA, LLC
P.O. Box 49368
Austin, TX  78765-9368

GE Capital
P.O. Box 740423
Atlanta, GA 30374

Geoffrey C. Price
Law Office of Geoffrey C. Price
6010 Balcones Dr., 1st Floor
Austin, TX 78731


Grandview Street Partners, Ltd.
c/o Alex S. Valdes
Winstead, PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Intercontinental Financial Services, Inc
2775 Tapo Street, Suite 201
Simi Valley, CA  93063


Internal Revenue Service
Special Procedures Staff
P.O. Box 7346
Philadelphia, PA  19101-7346


Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313



James Valadez
d/b/a Limelight Sports & Entertainment
c/o Law Office of Brian Turner
1000 Westbank Dr., Suite 6-200
Austin, TX 78746

Jim Valadez
d/b/a JV Austin Productions, LLC
c/o Law Office of Brian Turner
1000 Westbank Dr., Suite 6-200
Austin, TX 78746

Jose Villareal
10002 Brightling Lane
Austin, TX  78750



JustinTime
2704 South 2nd Street
Austin, TX 78704

```
Karhu
100 Cummings Center
Suite 365-E
Beverly, MA 01915



KEYE
P.O. Box 10252
Uniondale, NY 11555-0252



Leonard, Street and Deinard
Attn:  Jill Radoff
150 South Fifth St., Ste. 2300
Minneapolis, MN 55402



Lewis Sign Builders
P.O. Box 1665
Buda, TX 78610



Lone Star Relays
8102 Miller Falls Drive
Round Rock, TX 78681



Longhorn Aquatics
Attn:  Ann Nellis
University of Texas at Austin
1 University Station D4050
Austin, TX  78712

Mario Mendias
16513 Jackson Street
Austin, TX 78641



Michael G. Null
20208 W. Highway 71
Spicewood, TX 78669-6461



Michael G. Null
20208 W. Highway 71
Austin, TX  78669-6461
```

NCO Financial Systems, Inc.
P.O. Box 15110
Wilmington, DE 19850-5618


New Balance Athletic Shoe, Inc.
P.O. Box 415206
Boston, MA 02241


Nike USA, Inc.
One Bowerman Drive
Beaverton, OR 97005


Nuun & Company
P.O. Box 31080
Seattle, WA 98103


On Running
16500 SW Peninsula Ct.
Beverton, OR 97006


Pathway Productions
3205 Maywood Avenue
Austin, TX 78703


Puma North America, Inc.
5 Lyberty Way
Westford, MA 01886


R & K Investments
Attn: Russell Moore
5716 Hwy. 280, Suite 200
Austin, TX 78735


Receivables Control Corporation
7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369

```
Reed & Scardino, LLP
Attn:  Erik G. Moskowitz
301 Congress Ave., Suite 1250
Austin, TX 78701


RGS Financial, Inc.
P.O. Box 852039
Richardson, TX  75085-2039


Rodale, Inc.
733 Third Ave., 10th Floor
New York, NY 10017


Run-Tex Lending, LLC
Ron Garriques
999 Lake Road
Lake Forest, IL 60045


Saucony, Inc.
P.O. Box 535385
Atlanta, GA  30353


Scott Hippensteel
10201 Shinnecock Hills
Austin, tX  78747


Scott USA, Inc.
P.O. Box 26004
Salt Lake City, UT  84126-0004


Smartwool Corp.
75 Remittance Drive
Chicago, IL 60675


SMS
815-A Brazos, Box 564
Austin, TX 78701
```

Sockwise Corp.
4575 S. Coach Drive
Tuscon, AZ 85714


Spira
110 Mesa Park Dr., Suite 200
El Paso, TX 79912


State Farm - Texas Office
8900 Amberglen Blvd.
Austin, TX 78729


Stephen E. Price
Freedman & Price, P.C.
105 West 8th Street
Austin, TX 78701-2301


Sugoi Performance Apparel, LP
9282 Pittsburgh Ave.
Rancho Cucamonga, CA 91730


Swiftwick
P.O. Box 219913
Kansas City, MO 64121


TASC
4308 Firestone Road
Metairie, LA 70001


Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Tollways
P.O. Box 650749
Dallas, TX 75265-0749

```
Texas Utility Group
P.O. Box 91568
Austin, TX 78709-1256


Texas Workforce Commission
Attn:  Regulatory Integrity Division
101 E. 15th Street, Room 556
Austin, TX 78778-0001


Thorlo
P.O Box 601026
Charlotte, NC 28260


Time Warner Cable
P.O. Box 60074
City of Industry, CA  91716-0074


Timex
P.O. Box 60509
Charlotte, NC 28260


Tom Bonn
551 Westward Road
Lockhart, TX  78644


Travis County MUD #3
11921 North Mopac
Austin, TX 78714


Travis County Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714-9328


Trigger Point Technologies, LLC
521 Industrial Oaks Blvd.
Suite 110
Austin, TX 78735
```

United Health Care
Dept. CH 10151
Palatine, IL 60055-0151


Velocity Credit Union
P.O. Box 1089
Austin, TX 78767


Warren Struss
d/b/a C&W Enterprise
c/o Law Office of Brian Turner
1000 Westbank Dr., Suite 6-200
Austin, TX 78746

Weisbart Springer Hayes, LLP
Geoffrey D. Weisbart
212 Lavaca St., Suite 200
Austin, TX  78701


Wells Fargo
P.O. Box 14517
Des Moines, IA 50306


Wells Fargo
P.O. Box 60510
Los Angeles, CA 90060


Wells Fargo Bank
Business Direct Division
MAC S4101-050
P.O. Box 29482
Phoenix, AZ  85038-8650

Wigwam Mills, Inc.
3402 Crocker Avenue
Sheboygan, WI 53082


William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, TX 78746

```
Williamson County Tax Assessor-Collector
Deborah Hunt, CTA
904 S. Main Street
Georgetown, TX 78626


Win Products
570 Seventh Ave.
New York, NY 10018


Wirth Telecom
PMB 239, P.O. Box 2013
Austin, TX 78768


Zensah Company
2635 NE 188th St., Suite 100
Miami, FL 33180
```