In re **Paul Richard Carrozza**                    Case No.    **15-11091**
     **Shiela Denise Carrozza**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 100 E. 51st Street, #4, Austin, TX 78751 | Leasehold interest | C | Unknown | $0.00 |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

In re  **Paul Richard Carrozza**                                    Case No.   **15-11091**
      **Shiela Denise Carrozza**                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash - Husband - $20<br>Cash - Wife - $20 | C | $40.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Horizon Bank,<br>600 Congress Ave.,  Ste. G-260<br>Austin, TX  78701<br>Checking Account No. xxxx1037 - $58<br>Savings Account No. xxxx1094 - $0 | C | $58.00 |
| | | Wells Fargo<br>609 Castle Ridge Road, Suite 430<br>Austin, TX  78746<br>Checking Account No.xxx5284 | C | $1.00 |
| | | Bank of America<br>3520 North Lamar Blvd.<br>Austin, TX  78705<br>Checking Account No. xxxx7133 (co-debtor and daughter's names) | W | $23.00 |
| | | Bank of America Safe Balance Account No. 1093 | W | $1,093.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Kitchen - Grill - $10; Crockpot - $15; Microwave - $30; Pots and pans - $100; Silverware - $50; Glassware - $30; Plates - $50   ($285)<br>Dining Room - Dining room table - $150; Chairs (2) - $50; Benches (2) - $100   ($300)<br>Living Room - Fabric chairs - $100; Chair - $200; Rocking chair - $200; Couch - $250; TV - $250; Speaker - $75; Tall desk with chair - $150; Barstools (3) - $75; Leather footstools (2) - $50   ($1350)<br>Master Bedroom - King bed - $250; Bookcase - $100; Low | C | $4,735.00 |

In re **Paul Richard Carrozza**   Case No. **15-11091**
**Shiela Denise Carrozza**                          _____
                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | bookcase/TV stand - $150; TV - $250 ($750) Daughter's Bedroom - Queen bed - $125; Bedside stand - $50; Mirror - $25; Desk and chair - $150 ($350) Sons' Bedroom - Twin beds - $200; Bedside stands (2) - $50; Bookshelf - $50; Long wood table - $100; TV - $125 ($525) Hallway - Bookshelves (2) - $100 Downstairs - Bookshelves - $175 Garage - Desk and chair - $150 Musical instruments- Mandolin-$250; Guitar-$500 ($750) | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Large Framed Pictures - $250; Painted canvas - $50; Family Pictures - $75 ($375) | C | $375.00 |
| 6. Wearing apparel. | | Wife's clothing and shoes | W | $1,750.00 |
| | | Husband's clothing and shoes | H | $1,000.00 |
| 7. Furs and jewelry. | | Husband's wedding rings | H | $500.00 |
| | | Wife's wedding rings - $1500 | W | $1,500.00 |
| | | Wife's earrings - $500; wife's miscellaneous jewelry - $500 | W | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Sports Equipment - BMX bicycles (3) - $300; Giant bicycle - $250; Schwinn stationary bicycle - $125; Elliptical - $500; Treadmill (2) - $700; Trek Bicycle - $250; Igloos - $100; Pull up bar - $75 ($2300) | C | $2,300.00 |

In re  **Paul Richard Carrozza**                              Case No.  **15-11091**
     **Shiela Denise Carrozza**                                             (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Wife's IRA - Schwab Acct. xxx9772 | W | $0.47 |
| | | Husband's IRA - Schwab Acct. xxxx8896 | H | $0.48 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Run-Tex, Inc. stock - 1,000 shares | J | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re  **Paul Richard Carrozza**                                    Case No.  **15-11091**_____
       **Shiela Denise Carrozza**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax loss carryforward | C | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Interest in mother's estate | H | $0.00 |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Domain names: formularun.com; epictrainingevent.com; runtechs.com; Coachcarrozza.com; Paulcarrozza.com | H | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  **Paul Richard Carrozza**                                    Case No.  **15-11091**
      **Shiela Denise Carrozza**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Database with runners' names, addresses and emails | H | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 BMW 550i | J | $5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Yorki | C | $150.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re **Paul Richard Carrozza**                                   Case No. **15-11091**
**Shiela Denise Carrozza**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >  **$20,025.95**

In re **Paul Richard Carrozza**　　　　　　　　　　　　Case No.　**15-11091**
　　　**Shiela Denise Carrozza**　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash - Husband - $20<br>Cash - Wife - $20 | 11 U.S.C. § 522(d)(5) | $40.00 | $40.00 |
| Horizon Bank,<br>600 Congress Ave., Ste. G-260<br>Austin, TX 78701<br><br>Checking Account No. xxxx1037 - $58<br>Savings Account No. xxxx1094 - $0 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $58.00 |
| Wells Fargo<br>609 Castle Ridge Road, Suite 430<br>Austin, TX 78746<br><br>Checking Account No.xxx5284 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $1.00 |
| Bank of America<br>3520 North Lamar Blvd.<br>Austin, TX 78705<br><br>Checking Account No. xxxx7133 (co-debtor and daughter's names) | 11 U.S.C. § 522(d)(5) | 100% of FMV | $23.00 |
| Bank of America Safe Balance Account No. 1093 | 11 U.S.C. § 522(d)(5) | 100% of FMV | $1,093.00 |
| Kitchen - Grill - $10; Crockpot - $15; Microwave - $30; Pots and pans - $100; Silverware - $50; Glassware - $30; Plates - $50  ($285) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $4,735.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$5,950.00** | **$5,950.00** |

In re   **Paul Richard Carrozza**                           Case No.    **15-11091** _____
         **Shiela Denise Carrozza**                                           (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dining Room - Dining room table - $150; Chairs (2) - $50; Benches (2) - $100   ($300) | | | |
| Living Room - Fabric chairs - $100; Chair - $200; Rocking chair - $200; Couch - $250; TV - $250; Speaker - $75; Tall desk with chair - $150; Barstools (3) - $75; Leather footstools (2) - $50   ($1350) | | | |
| Master Bedroom - King bed - $250; Bookcase - $100; Low bookcase/TV stand - $150; TV - $250 ($750) | | | |
| Daughter's Bedroom - Queen bed - $125; Bedside stand - $50; Mirror - $25; Desk and chair - $150   ($350) | | | |
| Sons' Bedroom - Twin beds - $200; Bedside stands (2) - $50; Bookshelf - $50; Long wood table - $100; TV - $125  ($525) | | | |
| Hallway - Bookshelves (2) - $100 | | | |
| Downstairs - Bookshelves - $175 | | | |
| Garage - Desk and chair - $150 | | | |
| Musical instruments- Mandolin-$250; Guitar-$500  ($750) | | | |
| Large Framed Pictures - $250; Painted canvas - $50; Family Pictures - $75 ($375) | 11 U.S.C. § 522(d)(3) | 100% of FMV | $375.00 |
| Wife's clothing and shoes | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1,750.00 |
| Husband's clothing and shoes | 11 U.S.C. § 522(d)(3) | 100% of FMV | $1,000.00 |
| Husband's wedding rings | 11 U.S.C. § 522(d)(4) | 100% of FMV | $500.00 |
| | | **$9,575.00** | **$9,575.00** |

In re **Paul Richard Carrozza**
**Shiela Denise Carrozza**

Case No. **15-11091**

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Wife's wedding rings - $1500 | 11 U.S.C. § 522(d)(4) | 100% of FMV | $1,500.00 |
| Wife's earrings - $500; wife's miscellaneous jewelry - $500 | 11 U.S.C. § 522(d)(4) | 100% of FMV | $1,000.00 |
| Sports Equipment - BMX bicycles (3) - $300; Giant bicycle - $250; Schwinn stationary bicycle - $125; Elliptical - $500; Treadmill (2) - $700; Trek Bicycle - $250; Igloos - $100; Pull up bar - $75 ($2300) | 11 U.S.C. § 522(d)(3) | $2,300.00 | $2,300.00 |
| Wife's IRA - Schwab Acct. xxx9772 | 11 U.S.C. § 522(n) | 100% of FMV | $0.47 |
| Husband's IRA - Schwab Acct. xxxx8896 | 11 U.S.C. § 522(n) | 100% of FMV | $0.48 |
| Run-Tex, Inc. stock - 1,000 shares | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Domain names: formularun.com; epictrainingevent.com; runtechs.com; Coachcarrozza.com; Paulcarrozza.com | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Database with runners' names, addresses and emails | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| 2007 BMW 550i | 11 U.S.C. § 522(d)(2) | 100% of FMV | $5,500.00 |
| | 11 U.S.C. § 522(d)(5) | $1,825.00 | |
| Yorki | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| | | **$20,025.95** | **$20,025.95** |

In re **Paul Richard Carrozza**                                    Case No. __15-11091__
**Shiela Denise Carrozza**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Run-Tex Lending, LLC**<br>**Ron Garriques**<br>**999 Lake Road**<br>**Lake Forest, IL 60045** | X | H | DATE INCURRED: **2011 - 2013**<br>NATURE OF LIEN:<br>**Run-Tex, Inc. Business Debt**<br>COLLATERAL:<br>**1,000 shares of Run-Tex, Inc. stock**<br>REMARKS:<br>**Loan**<br><br>VALUE:                    **$0.00** | X | X | X | $1,475,140.86 | $1,475,140.86 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal (Total of this Page) > | $1,475,140.86 | $1,475,140.86 |
| Total (Use only on last page) > | $1,475,140.86 | $1,475,140.86 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____ continuation sheets attached

B6E (Official Form 6E) (04/13)

In re  **Paul Richard Carrozza**          Case No.  _____**15-11091**_____
     **Shiela Denise Carrozza**
                                                           (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

In re **Paul Richard Carrozza**                                          Case No.  **15-11091**
**Shiela Denise Carrozza**                                                              _____
                                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Staff**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101-7346** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex Foundation Business Debt**<br>REMARKS:<br>**Possible penalty and/or taxes owed.** | X | X | X | **Unknown** | **Unknown** | **Unknown** |
| ACCT #: xxxxxxx6504<br>**Texas Comptroller of Public Accounts**<br>**c/o Office of the Attorney General**<br>**Bankruptcy & Collections Division**<br>**P.O. Box 12548**<br>**Austin, TX 78711-2548** | X | J | DATE INCURRED: **03/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Sales and Use taxes** | X | | X | **$5,618.00** | **$5,618.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$5,618.00** | **$5,618.00** | **$0.00** |
|---|---|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | **$5,618.00** | | |
|  | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | **$5,618.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re **Paul Richard Carrozza**      Case No. **15-11091**
    **Shiela Denise Carrozza**           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx8820**<br>**Accounts Receivable Management**<br>P.O. Box 129<br>Thorofare, NJ 08086-0129 | | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Collecting for - Wells Fargo acct. x6638**<br>REMARKS: | X | | X | $970.00 |
| ACCT #: **xxxxx6046**<br>**Adidas America, Inc.**<br>685 Cedar Crest Road<br>Spartanburg, SC 29301 | X | J | DATE INCURRED: **03/19/2014**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment on personal guaranty** | | | | $53,196.13 |
| **Representing:**<br>**Adidas America, Inc.** | | | **Barnett & Garcia, PLLC**<br>**Lawrence Falli**<br>**3821 Juniper Trace, Suite 108**<br>**Austin, TX 78738** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxx-xxxx0-042**<br>**Allstate Texas Lloyds Company**<br>P.O. Box 55126<br>Boston, MA 02205 | | C | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Automobile Insurance**<br>REMARKS: | | | | $645.00 |
| ACCT #: **xx0431**<br>**Asics America Corporation**<br>P.O. Box 827483<br>Philadelphia, PA 19182-7483 | X | H | DATE INCURRED: **12/05/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment on personal guaranty** | | | | $249,051.26 |
| **Representing:**<br>**Asics America Corporation** | | | **Michael G. Null**<br>**20208 W. Highway 71**<br>**Spicewood, TX 78669-6461** | | | | **Notice Only** |

Subtotal >    $303,862.39

Total >

_____ **18** _____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**
**Shiela Denise Carrozza**

Case No. **15-11091**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx2425**<br>**Austin Radiological Association**<br>**4200 International Parkway**<br>**Carrollton, TX 75007** | | W | DATE INCURRED: **01/2011**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $621.00 |
| ACCT #: **xx-xxx0217**<br>**Balega International**<br>**406 20th Street, SE**<br>**Hickory, NC 28602** | X | J | DATE INCURRED: **08/2012 - 10/2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $5,476.53 |
| ACCT #: **xxxxxx7061**<br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998** | X | H | DATE INCURRED: **09/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Authorized user - card is in name of Debtor's deceased mother** | X | | X | $5,584.00 |
| ACCT #:<br>**Barry W. Coffman, CPA**<br>**4131 Spicewood Springs Rd.**<br>**Austin, TX 78759** | X | J | DATE INCURRED: **2011 - 2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Accounting services** | X | | X | $6,500.00 |
| ACCT #:<br>**Barry W. Coffman, CPA**<br>**4131 Spicewood Springs Rd.**<br>**Austin, TX 78759** | | J | DATE INCURRED: **2011-2012**<br>CONSIDERATION:<br>**Accounting services**<br>REMARKS:<br>**Personal debt** | | | | $819.00 |
| ACCT #:<br>**BOA**<br>**580 W Lambert Rd # L**<br>**Brea, CA 92821** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $34,224.00 |

Sheet no. ____**1**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $53,224.53

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**      Case No. **15-11091**
     **Shiela Denise Carrozza**                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **3556**<br>**Brooks Sports, Inc.**<br>**3400 Stone Way N., 5th Floor**<br>**Seattle, WA 98103** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $111,314.00 |
| ACCT #: **xxxxxxxx4979**<br>**CACH, LLC/Square Two Financial**<br>**Attention: Bankruptcy**<br>**4340 South Monaco St., 2nd Floor**<br>**Denver, CO 80237** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Personal credit card**<br>REMARKS:<br>**Debt purchased from Direct Merchants Bank/HSBC** | X | | X | $8,411.89 |
| **Representing:**<br>**CACH, LLC/Square Two Financial** | | | **Brown Law, PLLC**<br>**3030 S. Gessner, Suite 200**<br>**Houston, TX 777063** | | | | **Notice Only** |
| ACCT #: **xxxxxxxx7238**<br>**CACH, LLC/Square Two Financial**<br>**Attention: Bankruptcy**<br>**4340 South Monaco St., 2nd Floor**<br>**Denver, CO 80237** | X | J | DATE INCURRED: **January 2010**<br>CONSIDERATION:<br>**Run Tex, Inc. Business Debt**<br>REMARKS:<br>**Debt purchased from Bank of America - Acct. x7801; Personal guaranty** | X | | | $39,235.51 |
| **Representing:**<br>**CACH, LLC/Square Two Financial** | | | **Enerson Law, LLC**<br>**250 Bishops Way, Suite 300**<br>**Brookfield, WI 53005** | | | | **Notice Only** |
| ACCT #:<br>**CBDRU-PCM**<br>**406 20th Street, SE**<br>**Winston Salem, NC 27102** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for- Wells Fargo**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**2**___ of ___**18**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$158,961.40**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **Paul Richard Carrozza**                              Case No.   **15-11091**
        **Shiela Denise Carrozza**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx4004<br>**Chase**<br>P.O. Box 15298<br>Wilmington, DE 19850 | | H | DATE INCURRED:  **04/2002**<br>CONSIDERATION:<br>**Personal Credit Card**<br>REMARKS: | | | | **$8,147.00** |
| ACCT #:  xxxxx x0000<br>**City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 | X | J | DATE INCURRED:  **2/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Utilities at 201 South 1st St., Austin, TX; Previous account - xx371-5** | X | | X | **$1,424.00** |
| ACCT #:  xxxxx x0000<br>**City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 | X | J | DATE INCURRED:  **2/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Utilities at 430 W. Riverside Dr., Austin, TX; Previous account - xx966-9** | X | X | X | **$5,065.00** |
| ACCT #:  xxxxx x0000<br>**City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 | X | J | DATE INCURRED:  **2/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Utilities at 422 W. Riverside Dr. #B, Austin, TX; Previous account - xx481-2** | X | X | X | **$2,463.00** |
| ACCT #:  xxxxxxxxxxx6000<br>**City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Utilities at 3616 Far West Blvd., Unit 120, Austin, TX** | X | | X | **Unknown** |
| ACCT #:  xxxxx x0000<br>**City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Utility service - 100 E. 51st St.**<br>REMARKS:<br>**Amount owed on payment arrangement for water leak in Fall 2014** | | | | **$1,800.00** |

Sheet no. ___**3**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$18,899.00** |
|---|---|---|
|  | Total > | |
| (Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**        Case No. **15-11091**
    **Shiela Denise Carrozza**                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx7138**<br>**Comerica Bank**<br>**2414 Exposition Blvd.**<br>**Austin, TX 78703** | | J | DATE INCURRED: **09/2014**<br>CONSIDERATION:<br>**Bank Fees**<br>REMARKS:<br>**Overdrawn checking account** | | | | $1,480.00 |
| ACCT #: **xxxxx4421**<br>**Continental Recovery Services**<br>**2051 Royal Ave.**<br>**Simi Valley, CA 93065** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Nike USA, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA  02459** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -  Allstate Texas Lloyds**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx5786**<br>**Credit Management, LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Austin Radiological**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David Dunlap**<br>**P.O. Box 517**<br>**Austin, TX 78767** | X | H | DATE INCURRED:  **01/30/2013**<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment on personal  guaranty** | | | | $140,281.35 |
| **Representing:**<br>**David Dunlap** | | | **William S. Warren**<br>**Warren Law Firm**<br>**1011 Westlake Drive**<br>**Austin, TX 78746** | | | | **Notice Only** |

Sheet no. ____**4**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      **$141,761.35**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**         Case No. **15-11091**
       **Shiela Denise Carrozza**                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Doug Alfier**<br>**1609 Sundown Blvd.**<br>**Lockhart, TX 78644** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Loan** | X | | X | **$20,000.00** |
| ACCT #:<br>**Ecco**<br>**P.O. Box 415162**<br>**Boston, MA 02241** | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | **$5,728.71** |
| ACCT #:<br>**EOS CCA**<br>**P.O. Box 981025**<br>**Boston, MA 02298** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Time Warner Cable**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Eric Visser**<br>**G'town Jazz Group, LLC**<br>**7200 N. Mopac Expy., Suite 430**<br>**Austin, TX 78731** | X | H | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Lease on closed store at 809 S. Main St,**<br>**Georgetown, TX; Personal guaranty** | X | | | **$17,233.50** |
| ACCT #: **xx0707**<br>**Etonic Worldwide, LLC**<br>**nka Lotto Sport N. America, LLC**<br>**c/o Barnett & Garcia, PLLC**<br>**3821 Juniper Trace, Suite 108**<br>**Austin, TX 78738** | X | J | DATE INCURRED: **10/23/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment in suit on debt** | X | | X | **$9,294.04** |
| ACCT #:<br>**Far West Retail Joint Venture, LP**<br>**3633 N. Hills Drive**<br>**Austin, TX 78731** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt.**<br>REMARKS:<br>**Lease on closed store at 3616 Far West Blvd.,**<br>**Austin, TX;**<br>**Personal guaranty** | X | | | **$89,017.12** |

Sheet no. _____**5**_____ of _____**18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$141,273.37**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**
**Shiela Denise Carrozza**
Case No. **15-11091**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**FedEx**<br>**P.O. Box 660481**<br>**Dallas, TX 75266** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Courier service** | X | | X | $151.97 |
| ACCT #:<br>**Feetures**<br>**P.O. Box 1401**<br>**Newton, NC 28658** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $5,118.71 |
| ACCT #: **xxxxxxx-9001**<br>**Frost Bank**<br>**P.O. Box 1600**<br>**San Antonio, TX 78286** | | J | DATE INCURRED: **10/25/2000**<br>CONSIDERATION:<br>**Personal Line of Credit**<br>REMARKS:<br>**Lawsuit pending** | | | | $10,031.22 |
| **Representing:**<br>**Frost Bank** | | | **Fridge & Resendez, LLC**<br>**Riverview Towers, Suite 1700**<br>**111 Soledad Street**<br>**San Antonio, TX 78205** | | | | **Notice Only** |
| ACCT #: **xx xxx9468**<br>**Frost Bank**<br>**P.O. Box 1727**<br>**Austin, TX 78704** | | J | DATE INCURRED: **4/2013**<br>CONSIDERATION:<br>**Personal Checking Account**<br>REMARKS:<br>**Debtors believe this account has been closed** | | | X | $1.00 |
| ACCT #:<br>**FWH Investments IRA, LLC**<br>**P.O. Box 49368**<br>**Austin, TX 78765-9368** | X | H | DATE INCURRED: **10/20/2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Pending lawsuit for breach of contract; Personal guaranty.** | X | | X | $786,000.00 |

Sheet no. ____**6**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$801,302.90**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**        Case No. **15-11091**
     **Shiela Denise Carrozza**                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **FWH Investments IRA, LLC** | | | Weisbart Springer Hayes, LLP Geoffrey D. Weisbart 212 Lavaca St., Suite 200 Austin, TX 78701 | | | | **Notice Only** |
| ACCT #: **GE Capital** P.O. Box 740423 Atlanta, GA 30374 | X | J | DATE INCURRED: **2012** CONSIDERATION: **Run-Tex, Inc. Business Debt** REMARKS: **Loan to purchase office equipment** | X | | X | **$1,270.96** |
| ACCT #: **Grandview Street Partners, Ltd.** c/o Alex S. Valdes Winstead, PC 401 Congress Ave., Suite 2100 Austin, TX 78701 | | J | DATE INCURRED: **01/2014 - 02/2014** CONSIDERATION: **Default on Lease Agreement** REMARKS: **Residential Real Property Lease; includes utility balance of $1,084** | | | | **$5,084.00** |
| ACCT #: **xxxx9129** **Intercontinental Financial Services, Inc** 2775 Tapo Street, Suite 201 Simi Valley, CA 93063 | | J | DATE INCURRED: CONSIDERATION: **Collecting for - Puma North America, Inc.** REMARKS: | | | | **Notice Only** |
| ACCT #: **Jackson Walker, LLP** P.O. Box 130989 Dallas, TX 75313 | X | J | DATE INCURRED: **08/2009 - 09/2009** CONSIDERATION: **Run-Tex, Inc. Business Debt** REMARKS: **Legal services** | X | | | **$1,800.00** |
| ACCT #: **James Valadez** d/b/a Limelight Sports & Entertainment c/o Law Office of Brian Turner 1000 Westbank Dr., Suite 6-200 Austin, TX 78746 | X | H | DATE INCURRED: **02/05/2014** CONSIDERATION: **Business Debt (RunTex Foundation)** REMARKS: **Agreed Judgment for Breach of Contract.** | | | | **$47,360.00** |

Sheet no. _____**7**_____ of _____**18**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$55,514.96**

Total > 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**        Case No. **15-11091**
    **Shiela Denise Carrozza**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Jim Valadez**<br>**d/b/a JV Austin Productions, LLC**<br>**c/o Law Office of Brian Turner**<br>**1000 Westbank Dr., Suite 6-200**<br>**Austin, TX 78746** | X | H | DATE INCURRED: **02/05/2014**<br>CONSIDERATION:<br>**Business Debt (RunTex Foundation)**<br>REMARKS:<br>**Agreed Judgment for Breach of Contract.**<br>**Claim amount included in claim of Co-Plaintiff**<br>**James Valdez** | X | | X | $0.00 |
| ACCT #:<br>**Jose Villareal**<br>**10002 Brightling Lane**<br>**Austin, TX 78750** | X | J | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Run-Tex Business Debt**<br>REMARKS:<br>**Texas Workforce Commission claim** | X | | X | $6,475.00 |
| ACCT #:<br>**JustinTime**<br>**2704 South 2nd Street**<br>**Austin, TX 78704** | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Office furniture** | X | | X | $2,465.70 |
| ACCT #:<br>**Karhu**<br>**100 Cummings Center**<br>**Suite 365-E**<br>**Beverly, MA 01915** | X | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $8,859.37 |
| ACCT #:<br>**KEYE**<br>**P.O. Box 10252**<br>**Uniondale, NY 11555-0252** | X | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Advertising services** | X | | X | $12,910.00 |
| ACCT #:<br>**Leonard, Street and Deinard**<br>**Attn: Jill Radoff**<br>**150 South Fifth St., Ste. 2300**<br>**Minneapolis, MN 55402** | X | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Legal services** | X | | X | $11,142.62 |

Sheet no. ___**8**___ of ___**18**___ continuation sheets attached to                        **Subtotal >**       **$41,852.69**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Total >**
               **(Use only on last page of the completed Schedule F.)**
            **(Report also on Summary of Schedules and, if applicable, on the**
            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**　　　　Case No. **15-11091**
　　　**Shiela Denise Carrozza**　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Leonard, Street and Deinard** | | | **Corporate Counsel, PA** Attn: Timothy Fafinski **3411 Brei Kessel Road Independence, MN  55359** | | | | **Notice Only** |
| ACCT #: **Lewis Sign Builders P.O. Box 1665 Buda, TX 78610** | X | J | DATE INCURRED:  **2011** CONSIDERATION: **Run-Tex, Inc. Business Debt** REMARKS: **Signage** | X | | X | $2,243.01 |
| ACCT #: **Lone Star Relays 8102 Miller Falls Drive Round Rock, TX 78681** | X | J | DATE INCURRED:  **2010** CONSIDERATION: **Run-Tex, Inc. Business Debt** REMARKS: **Event production costs** | X | | X | $2,884.00 |
| ACCT #: **Longhorn Aquatics Attn:  Ann Nellis University of Texas at Austin 1 University Station D4050 Austin, TX  78712** | | C | DATE INCURRED:  **2012** CONSIDERATION: **Swim meet fees** REMARKS: | | | | $1,914.00 |
| ACCT #: **Mario Mendias 16513 Jackson Street Austin, TX 78641** | X | H | DATE INCURRED:  **2011** CONSIDERATION: **Run-Tex, Inc. Business Debt** REMARKS: **Loan** | X | | X | $218,000.00 |
| ACCT #:  **xxxx6943** **NCO Financial Systems, Inc. P.O. Box 15110 Wilmington, DE  19850-5618** | X | J | DATE INCURRED:  **11/2012** CONSIDERATION: **Collecting for-Texas Department of Transportatio** REMARKS: **Run-Tex, Inc. Business Debt; Toll fees** | X | | X | $214.40 |

Sheet no. ___**9**___ of ___**18**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $225,255.41

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**   Case No. **15-11091**
**Shiela Denise Carrozza**   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx2194**<br>**New Balance Athletic Shoe, Inc.**<br>**P.O. Box 415206**<br>**Boston, MA  02241** | X | J | DATE INCURRED:  **11/8/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment on personal guaranty** | X | | X | $41,314.42 |
| **Representing:**<br>**New Balance Athletic Shoe, Inc.** | | | **Geoffrey C. Price**<br>**Law Office of Geoffrey C. Price**<br>**6010 Balcones Dr., 1st Floor**<br>**Austin, TX 78731** | | | | **Notice Only** |
| ACCT #:  **xxxxxx4421**<br>**Nike USA, Inc.**<br>**One Bowerman Drive**<br>**Beaverton, OR 97005** | X | J | DATE INCURRED:  **9/2009**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $33,896.00 |
| ACCT #:<br>**Nuun & Company**<br>**P.O. Box 31080**<br>**Seattle, WA 98103** | X | J | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $1,980.34 |
| ACCT #:<br>**On Running**<br>**16500 SW Peninsula Ct.**<br>**Beverton, OR  97006** | X | J | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $32,000.00 |
| ACCT #:<br>**Pathway Productions**<br>**3205 Maywood Avenue**<br>**Austin, TX 78703** | X | J | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $608.00 |

Sheet no. ___**10**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $109,798.76

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**      Case No. **15-11091**
     **Shiela Denise Carrozza**            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3409** <br> **Puma North America, Inc.** <br> **5 Lyberty Way** <br> **Westford, MA 01886** | X | J | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Run-Tex, Inc. Business Debt** <br> REMARKS: <br> **Run-Tex vendor** | X | | X | $10,948.00 |
| ACCT #: <br> **R & K Investments** <br> **Attn: Russell Moore** <br> **5716 Hwy. 280, Suite 200** <br> **Austin, TX 78735** | X | J | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Run-Tex, Inc. Business Debt** <br> REMARKS: <br> **Lease on closed store at 2201 Lake Austin Blvd., Austin, TX; Personal guaranty** | X | | | $55,682.40 |
| ACCT #: <br> **Receivables Control Corporation** <br> **7373 Kirkwood Court, Suite 200** <br> **Minneapolis, MN 55369** | X | J | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Collecting for - EN R G Foods, Inc.** <br> REMARKS: <br> **Run-Tex vendor** | X | | X | $553.00 |
| ACCT #: <br> **Reed & Scardino, LLP** <br> **Attn: Erik G. Moskowitz** <br> **301 Congress Ave., Suite 1250** <br> **Austin, TX 78701** | X | J | DATE INCURRED: **2014-2015** <br> CONSIDERATION: <br> **Legal services** <br> REMARKS: <br> **Legal services for various lawsuits and general business matters** | X | | | $35,387.00 |
| ACCT #: <br> **RGS Financial, Inc.** <br> **P.O. Box 852039** <br> **Richardson, TX 75085-2039** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Wells Fargo** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Rodale, Inc.** <br> **733 Third Ave., 10th Floor** <br> **New York, NY 10017** | X | J | DATE INCURRED: **2008** <br> CONSIDERATION: <br> **Run-Tex, Inc. Business Debt** <br> REMARKS: <br> **Advertising** | X | | X | $2,297.50 |

Sheet no. **11** of **18** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $104,867.90

Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**          Case No.   **15-11091**
      **Shiela Denise Carrozza**                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x4903**<br>**Saucony, Inc.**<br>**P.O. Box 535385**<br>**Atlanta, GA 30353** | X | H | DATE INCURRED: **07/16/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment on personal guaranty** | | | | $29,187.18 |
| **Representing:**<br>**Saucony, Inc.** | | | **Michael G. Null**<br>**20208 W. Highway 71**<br>**Austin, TX 78669-6461** | | | | **Notice Only** |
| ACCT #:<br>**Scott Hippensteel**<br>**10201 Shinnecock Hills**<br>**Austin, tX 78747** | X | H | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Loan** | X | | X | $33,000.00 |
| ACCT #: **xx6208**<br>**Scott USA, Inc.**<br>**P.O. Box 26004**<br>**Salt Lake City, UT 84126-0004** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Judgment against Run-Tex, Inc.** | X | | X | $17,570.00 |
| **Representing:**<br>**Scott USA, Inc.** | | | **Geoffrey C. Price**<br>**Law Office of Geoffrey C. Price**<br>**6010 Balcones Dr., 1st Floor**<br>**Austin, TX 78731** | | | | **Notice Only** |
| ACCT #:<br>**Smartwool Corp.**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $1,826.89 |

Sheet no. ___**12**___ of ___**18**___ continuation sheets attached to                   Subtotal >      **$81,584.07**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**    Case No. **15-11091**
        **Shiela Denise Carrozza**
                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SMS**<br>**815-A Brazos, Box 564**<br>**Austin, TX 78701** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Security services** | X | | X | $11,152.94 |
| ACCT #:<br>**Sockwise Corp.**<br>**4575 S. Coach Drive**<br>**Tuscon, AZ 85714** | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $531.00 |
| ACCT #:<br>**Spira**<br>**110 Mesa Park Dr., Suite 200**<br>**El Paso, TX 79912** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $9,067.00 |
| ACCT #:<br>**State Farm - Texas Office**<br>**8900 Amberglen Blvd.**<br>**Austin, TX 78729** | X | J | DATE INCURRED: **2012-2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Fire, auto, inventory & liability insurance** | X | | X | $3,906.00 |
| ACCT #: **x3810**<br>**Sugoi Performance Apparel, LP**<br>**9282 Pittsburgh Ave.**<br>**Rancho Cucamonga, CA 91730** | X | J | DATE INCURRED: **03/28/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Default Judgment in suit on debt** | X | | X | $40,775.36 |
| **Representing:**<br>**Sugoi Performance Apparel, LP** | | | **Stephen E. Price**<br>**Freedman & Price, P.C.**<br>**105 West 8th Street**<br>**Austin, TX 78701-2301** | | | | **Notice Only** |

Sheet no. \_\_\_\_**13**\_\_\_\_ of \_\_\_\_**18**\_\_\_\_ continuation sheets attached to              Subtotal >    **$65,432.30**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**    Case No. **15-11091**
**Shiela Denise Carrozza**
                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Swiftwick**<br>P.O. Box 219913<br>Kansas City, MO 64121 | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $2,351.08 |
| ACCT #:<br>**TASC**<br>4308 Firestone Road<br>Metairie, LA 70001 | X | J | DATE INCURRED: **2002**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $16,891.00 |
| ACCT #: **xxxxxxx6504**<br>**Texas Comptroller of Public Accounts**<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | X | J | DATE INCURRED: **01/2013 - 12/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Franchise taxes** | X | X | X | $4,894.44 |
| ACCT #: **xxxx7313**<br>**Texas Tollways**<br>P.O. Box 650749<br>Dallas, TX 75265-0749 | X | J | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Toll fees** | X | | X | **Notice Only** |
| ACCT #: **x4484**<br>**Texas Utility Group**<br>P.O. Box 91568<br>Austin, TX 78709-1256 | | J | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Utilities-Water**<br>REMARKS:<br>**Balance of $1084 included in amount owed to Grandview Street Partners, Ltd.** | | | X | $0.00 |
| ACCT #: **xx-xxx100-8**<br>**Texas Workforce Commission**<br>Attn: Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | X | J | DATE INCURRED: **12/2011 - 03/2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Unemployment taxes, penalty & interest** | X | | X | $1,070.75 |

Sheet no. ___**14**___ of _____**18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $25,207.27

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza** | Case No. **15-11091**
**Shiela Denise Carrozza** | (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Thorlo**<br>P.O Box 601026<br>Charlotte, NC 28260 | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $290.63 |
| ACCT #: **xxxxxx9575**<br>**Time Warner Cable**<br>P.O. Box 60074<br>City of Industry, CA 91716-0074 | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Cable provider - personal**<br>REMARKS:<br>**Equipment returned to Time Warner** | | | X | $164.00 |
| ACCT #:<br>**Timex**<br>P.O. Box 60509<br>Charlotte, NC 28260 | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $5,482.37 |
| ACCT #:<br>**Tom Bonn**<br>551 Westward Road<br>Lockhart, TX 78644 | X | H | DATE INCURRED: **2011 - 2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Loan** | X | | X | $155,000.00 |
| ACCT #: **xxxxxx4380**<br>**Travis County MUD #3**<br>11921 North Mopac<br>Austin, TX 78714 | | J | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Water Utilities**<br>REMARKS:<br>**For service at 1200 Barton Creek Blvd., #33, Austin, TX** | | | | $348.00 |
| ACCT #: **xxxxxxxxx3545**<br>**Travis County Tax Assessor-Collector**<br>P.O. Box 149328<br>Austin, TX 78714-9328 | X | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Personal property taxes-422 W. Riverside Dr., Austin, TX** | X | | X | $11,990.00 |

Sheet no. __15__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$173,275.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

| In re | Paul Richard Carrozza | Case No. | 15-11091 |
|---|---|---|---|
| | Shiela Denise Carrozza | | (if known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx3555<br>Travis County Tax Assessor-Collector<br>P.O. Box 149328<br>Austin, TX 78714-9328 | X | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Personal property taxes-3616 Far West Blvd., Austin, TX** | X | | X | $3,252.00 |
| ACCT #:<br>Trigger Point Technologies, LLC<br>521 Industrial Oaks Blvd.<br>Suite 110<br>Austin, TX 78735 | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $1,939.56 |
| ACCT #: xx3747<br>United Health Care<br>Dept. CH 10151<br>Palatine, IL 60055-0151 | X | J | DATE INCURRED: **2012 - 2013**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Employee medical insurance premiums** | X | | X | $7,050.00 |
| ACCT #: xxxxxxx0800<br>Velocity Credit Union<br>P.O. Box 1089<br>Austin, TX 78767 | | J | DATE INCURRED: **02/27/2015**<br>CONSIDERATION:<br>**Deficiency Balance**<br>REMARKS:<br>**Surrendered 2012 Jeep Wrangler** | | | | $12,105.00 |
| ACCT #:<br>Warren Struss<br>d/b/a C&W Enterprise<br>c/o Law Office of Brian Turner<br>1000 Westbank Dr., Suite 6-200<br>Austin, TX 78746 | X | H | DATE INCURRED: **02/05/2014**<br>CONSIDERATION:<br>**Business Debt (RunTex Foundation)**<br>REMARKS:<br>**Agreed Judgment for Breach of Contract. Claim amount included in claim of Co-Plaintiff James Valdez.** | X | | X | $0.00 |
| ACCT #: xxxxxx1453<br>Wells Fargo<br>P.O. Box 14517<br>Des Moines, IA 50306 | | J | DATE INCURRED: **05/2000**<br>CONSIDERATION:<br>**Personal Credit Card**<br>REMARKS: | | | | $22,040.00 |

Sheet no. _____16_____ of _____18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$46,386.56**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Paul Richard Carrozza**       Case No. **15-11091**
    **Shiela Denise Carrozza**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxx6961<br>**Wells Fargo**<br>**P.O. Box 60510**<br>**Los Angeles, CA 90060** | | J | DATE INCURRED: **01/2001**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$29,650.00** |
| ACCT #: xxxxx9890<br>**Wells Fargo Bank**<br>**Business Direct Division**<br>**MAC S4101-050**<br>**P.O. Box 29482**<br>**Phoenix, AZ 85038-8650** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Credit line** | X | | X | **$62,348.00** |
| ACCT #:<br>**Wigwam Mills, Inc.**<br>**3402 Crocker Avenue**<br>**Sheboygan, WI 53082** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | **$1,301.40** |
| ACCT #:<br>**Williamson County Tax Assessor-Collector**<br>**Deborah Hunt, CTA**<br>**904 S. Main Street**<br>**Georgetown, TX 78626** | X | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Run-Tex Business Debt**<br>REMARKS:<br>**Personal property tax** | X | | X | **$2,479.00** |
| ACCT #:<br>**Win Products**<br>**570 Seventh Ave.**<br>**New York, NY 10018** | X | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | **$868.00** |
| ACCT #:<br>**Wirth Telecom**<br>**PMB 239, P.O. Box 2013**<br>**Austin, TX 78768** | X | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Phone system & equipment** | X | | X | **$6,629.49** |

Sheet no. ___**17**___ of ___**18**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$103,275.89**

Total >    
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Paul Richard Carrozza** Case No. **15-11091**
**Shiela Denise Carrozza** (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Zensah Company**<br>**2635 NE 188th St., Suite 100**<br>**Miami, FL 33180** | X | J | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Run-Tex, Inc. Business Debt**<br>REMARKS:<br>**Run-Tex vendor** | X | | X | $1,096.49 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**18**___ of ___**18**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $1,096.49 |
| Total > | $2,652,832.24 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Paul Richard Carrozza**        Case No.   **15-11091**
      **Shiela Denise Carrozza**                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT&T**<br>P.O. Box 537104<br>Atlanta, GA 30353 | Cell Phone Service<br>Contract to be ASSUMED |
| **AT&T U-verse**<br>P.O. Box 5014<br>Carol Stream, IL 60197 | Internet/Uverse Service<br>Contract to be ASSUMED |
| **Shon and Alissa Bayer**<br>3001 Wade Avenue<br>Austin, TX 78703 | Residential Real Property Lease<br>Contract to be ASSUMED |

B6H (Official Form 6H)(12/07)

In re  **Paul Richard Carrozza**
     **Shiela Denise Carrozza**
            Case No.   **15-11091**
                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Estate of Phyllis Carrozza**<br>1608 Menasco Circle<br>Folsom, CA  95630 | **Bank of America**<br>P.O. Box 982235<br>El Paso, TX 79998 |
| **Ron Garriques**<br>999 Lake Road<br>Lake Forest, IL 60045 | **FWH Investments IRA, LLC**<br>P.O. Box 49368<br>Austin, TX  78765-9368 |
| **Run Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Texas Tollways**<br>P.O. Box 650749<br>Dallas, TX 75265-0749 |
| **Run-Tex Foundation**<br>P.O. Box 49801<br>Austin, TX  78765 | **Internal Revenue Service**<br>Special Procedures Staff<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Adidas America, Inc.**<br>685 Cedar Crest Road<br>Spartanburg, SC  29301 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Asics America Corporation**<br>P.O. Box 827483<br>Philadelphia, PA  19182-7483 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **David Dunlap**<br>P.O. Box 517<br>Austin, TX 78767 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **FWH Investments IRA, LLC**<br>P.O. Box 49368<br>Austin, TX  78765-9368 |

In re  **Paul Richard Carrozza**                     Case No.  __15-11091_____
      **Shiela Denise Carrozza**                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **CACH, LLC/Square Two Financial**<br>Attention:  Bankruptcy<br>4340 South Monaco St., 2nd Floor<br>Denver, CO 80237 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Williamson County Tax Assessor-Collector**<br>Deborah Hunt, CTA<br>904 S. Main Street<br>Georgetown, TX 78626 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Texas Comptroller of Public Accounts**<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **NCO Financial Systems, Inc.**<br>P.O. Box 15110<br>Wilmington, DE  19850-5618 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Texas Workforce Commission**<br>Attn:  Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Travis County Tax Assessor-Collector**<br>P.O. Box 149328<br>Austin, TX 78714-9328 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Travis County Tax Assessor-Collector**<br>P.O. Box 149328<br>Austin, TX 78714-9328 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Brooks Sports, Inc.**<br>3400 Stone Way N., 5th Floor<br>Seattle, WA 98103 |

In re  **Paul Richard Carrozza**                                        Case No.  **15-11091**
       **Shiela Denise Carrozza**                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **CACH, LLC/Square Two Financial**<br>Attention: Bankruptcy<br>4340 South Monaco St., 2nd Floor<br>Denver, CO 80237 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Puma North America, Inc.**<br>5 Lyberty Way<br>Westford, MA 01886 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Receivables Control Corporation**<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX 78704 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX 78704 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX 78704 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Etonic Worldwide, LLC**<br>nka Lotto Sport N. America, LLC<br>c/o Barnett & Garcia, PLLC<br>3821 Juniper Trace, Suite 108<br>Austin, TX 78738 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **FedEx**<br>P.O. Box 660481<br>Dallas, TX 75266 |

In re  **Paul Richard Carrozza**                                    Case No.   **15-11091**
         **Shiela Denise Carrozza**                                                    (if known)

## SCHEDULE H - CODEBTORS
*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Feetures**<br>P.O. Box 1401<br>Newton, NC 28658 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **GE Capital**<br>P.O. Box 740423<br>Atlanta, GA 30374 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **JustinTime**<br>2704 South 2nd Street<br>Austin, TX 78704 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Karhu**<br>100 Cummings Center<br>Suite 365-E<br>Beverly, MA 01915 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **KEYE**<br>P.O. Box 10252<br>Uniondale, NY 11555-0252 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Lewis Sign Builders**<br>P.O. Box 1665<br>Buda, TX 78610 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Lone Star Relays**<br>8102 Miller Falls Drive<br>Round Rock, TX 78681 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Far West Retail Joint Venture, LP**<br>3633 N. Hills Drive<br>Austin, TX 78731 |

In re  **Paul Richard Carrozza**                                    Case No.    **15-11091**
       **Shiela Denise Carrozza**                                                    (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Eric Visser**<br>G'town Jazz Group, LLC<br>7200 N. Mopac Expy., Suite 430<br>Austin, TX 78731 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Ecco**<br>P.O. Box 415162<br>Boston, MA 02241 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Nike USA, Inc.**<br>One Bowerman Drive<br>Beaverton, OR 97005 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **New Balance Athletic Shoe, Inc.**<br>P.O. Box 415206<br>Boston, MA  02241 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Nuun & Company**<br>P.O. Box 31080<br>Seattle, WA 98103 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **On Running**<br>16500 SW Peninsula Ct.<br>Beverton, OR  97006 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Pathway Productions**<br>3205 Maywood Avenue<br>Austin, TX 78703 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **R & K Investments**<br>Attn. Russell Moore<br>5716 Hwy. 280, Suite 200<br>Austin, TX 78735 |

In re **Paul Richard Carrozza**        Case No. **15-11091**
       **Shiela Denise Carrozza**        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Rodale, Inc.**<br>733 Third Ave., 10th Floor<br>New York, NY 10017 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Saucony, Inc.**<br>P.O. Box 535385<br>Atlanta, GA 30353 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Smartwool Corp.**<br>75 Remittance Drive<br>Chicago, IL 60675 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **SMS**<br>815-A Brazos, Box 564<br>Austin, TX 78701 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Sockwise Corp.**<br>4575 S. Coach Drive<br>Tuscon, AZ 85714 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Spira**<br>110 Mesa Park Dr., Suite 200<br>El Paso, TX 79912 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **State Farm - Texas Office**<br>8900 Amberglen Blvd.<br>Austin, TX 78729 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Swiftwick**<br>P.O. Box 219913<br>Kansas City, MO 64121 |

In re **Paul Richard Carrozza**        Case No. **15-11091**
    **Shiela Denise Carrozza**                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **TASC**<br>4308 Firestone Road<br>Metairie, LA 70001 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Texas Comptroller of Public Accounts**<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Thorlo**<br>P.O Box 601026<br>Charlotte, NC 28260 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Timex**<br>P.O. Box 60509<br>Charlotte, NC 28260 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Trigger Point Technologies, LLC**<br>521 Industrial Oaks Blvd.<br>Suite 110<br>Austin, TX 78735 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **United Health Care**<br>Dept. CH 10151<br>Palatine, IL 60055-0151 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Wigwam Mills, Inc.**<br>3402 Crocker Avenue<br>Sheboygan, WI 53082 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Win Products**<br>570 Seventh Ave.<br>New York, NY 10018 |

In re  **Paul Richard Carrozza**
     **Shiela Denise Carrozza**

Case No.  **15-11091**
         (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Wirth Telecom**<br>PMB 239, P.O. Box 2013<br>Austin, TX 78768 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Zensah Company**<br>2635 NE 188th St., Suite 100<br>Miami, FL 33180 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Scott USA, Inc.**<br>P.O. Box 26004<br>Salt Lake City, UT  84126-0004 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Barry W. Coffman, CPA**<br>4131 Spicewood Springs Rd.<br>Austin, TX 78759 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Leonard, Street and Deinard**<br>Attn:  Jill Radoff<br>150 South Fifth St., Ste. 2300<br>Minneapolis, MN 55402 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX  78765 | **Balega International**<br>406 20th Street, SE<br>Hickory, NC 28602 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **City of Austin**<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Continental Recovery Services**<br>2051 Royal Ave.<br>Simi Valley, CA 93065 |

In re  **Paul Richard Carrozza**                                          Case No.  **15-11091**
       **Shiela Denise Carrozza**                                                     (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 8*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Jackson Walker, LLP**<br>P.O. Box 130989<br>Dallas, TX 75313 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Mario Mendias**<br>16513 Jackson Street<br>Austin, TX 78641 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Run-Tex Lending, LLC**<br>Ron Garriques<br>999 Lake Road<br>Lake Forest, IL 60045 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Sugoi Performance Apparel, LP**<br>9282 Pittsburgh Ave.<br>Rancho Cucamonga, CA 91730 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Doug Alfier**<br>1609 Sundown Blvd.<br>Lockhart, TX  78644 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Scott Hippensteel**<br>10201 Shinnecock Hills<br>Austin, tX  78747 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Tom Bonn**<br>551 Westward Road<br>Lockhart, TX  78644 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Reed & Scardino, LLP**<br>Attn.  Erik G. Moskowitz<br>301 Congress Ave., Suite 1250<br>Austin, TX 78701 |

In re **Paul Richard Carrozza**
**Shiela Denise Carrozza**

Case No. **15-11091**

(if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 9*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **BOA**<br>580 W Lambert Rd # L<br>Brea, CA 92821 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Jose Villareal**<br>10002 Brightling Lane<br>Austin, TX 78750 |
| **Run-Tex, Inc.**<br>P.O. Box 49801<br>Austin, TX 78765 | **Wells Fargo Bank**<br>Business Direct Division<br>MAC S4101-050<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 |
| **RunTex Foundation**<br>420 Riverside Drive<br>Austin, TX 78704 | **James Valadez**<br>d/b/a Limelight Sports & Entertainment<br>c/o Law Office of Brian Turner<br>1000 Westbank Dr., Suite 6-200<br>Austin, TX 78746 |
| **RunTex Foundation**<br>420 Riverside Drive<br>Austin, TX 78704 | **Jim Valadez**<br>d/b/a JV Austin Productions, LLC<br>c/o Law Office of Brian Turner<br>1000 Westbank Dr., Suite 6-200<br>Austin, TX 78746 |
| **RunTex Foundation**<br>420 Riverside Drive<br>Austin, TX 78704 | **Warren Struss**<br>d/b/a C&W Enterprise<br>c/o Law Office of Brian Turner<br>1000 Westbank Dr., Suite 6-200<br>Austin, TX 78746 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul** | **Richard** | **Carrozza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shiela** | **Denise** | **Carrozza** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **WESTERN DISTRICT OF TEXAS** | |
| Case number | **15-11091** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | **Coach - Consultant** | **Cleaning Services/Swim Teacher** |
| **Employer's name** | | **Self** | **Self** |
| **Employer's address** | | **100 E 51st Street #4**<br>Number Street | **100 E 51st Street #4**<br>Number Street |
| | | **Austin**    **TX**  **78751**<br>City   State  Zip Code | **Austin**    **TX**  **78751**<br>City   State  Zip Code |
| **How long employed there?** | | **2 years** | **4 months** |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ...................................................➔ | 4. | $0.00 | $0.00 |
| **5.** List all payroll deductions: | | | |
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | $0.00 | $0.00 |
| **5h.** Other deductions. Specify: _____ | 5h. **+** | $0.00 | $0.00 |
| **6.** **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8.** List all other income regularly received: | | | |
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $5,500.00 | $1,670.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | $0.00 | $0.00 |
| **8f.** Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| **8h.** Other monthly income. Specify: _____ | 8h. **+** | $0.00 | $0.00 |
| **9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $5,500.00 | $1,670.00 |
| **10.** **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,500.00 **+** $1,670.00 **=** | $7,170.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

|  | | |
|---|---|---|
| Specify: _____ | 11. **+** | $0.00 |

| | | |
|---|---|---|
| **12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | $7,170.00 <br> **Combined monthly income** |

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:

| Debtor's income fluctuates throughout the year and decreases greatly during December and in between seasons.  Co-debtor teaches swim lessons for 10 weeks during the summer.  The swim lessons ended in July. |
|---|

First Name          Middle Name          Last Name

8a.  Attached Statement (Debtor 1)

## Consulting, coaching and other income

**Gross Monthly Income:**                                                                    $6,500.00

| Expense | Category | Amount |
| --- | --- | --- |
| Estimated taxes | Taxes | $1,000.00 |

**Total Monthly Expenses**                                                                   $1,000.00

**Net Monthly Income:**                                                                      $5,500.00

8a.  Attached Statement (Debtor 2)

### Cleaning business

**Gross Monthly Income:**                                                    $2,000.00

| Expense  | Category | Amount |
|----------|----------|--------|
| Supplies | Supplies | **$30.00** |
| Taxes    |          | **$300.00** |

**Total Monthly Expenses**                                                 $330.00

**Net Monthly Income:**                                                    $1,670.00

**Fill in this information to identify your case:**

| Debtor 1 | **Paul** | **Richard** | **Carrozza** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shiela** | **Denise** | **Carrozza** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **15-11091**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent......

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **16** | ☐ No ☑ Yes |
| **Daughter** | **18** | ☐ No ☑ Yes |
| **Son** | **13** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,500.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$37.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$20.00** |
| 4d. Homeowner's association or condominium dues | 4d. | |

First Name    Middle Name    Last Name

| | | **Your expenses** |
|---|---|---|

**5.** **Additional mortgage payments for your residence,** such as home equity loans    5. _____

**6.** **Utilities:**

  6a.  Electricity, heat, natural gas    6a. _____ **$350.00**

  6b.  Water, sewer, garbage collection    6b. _____ **$100.00**

  6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. _____ **$575.00**

  6d.  Other.  Specify: _____    6d. _____

**7.** **Food and housekeeping supplies**    7. _____ **$1,250.00**

**8.** **Childcare and children's education costs**    8. _____

**9.** **Clothing, laundry, and dry cleaning**    9. _____ **$250.00**

**10.** **Personal care products and services**    10. _____ **$70.00**

**11.** **Medical and dental expenses**    11. _____ **$50.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments.    12. _____ **$300.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ **$40.00**

**14.** **Charitable contributions and religious donations**    14. _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a.  Life insurance    15a. _____

  15b.  Health insurance    15b. _____ **$317.00**

  15c.  Vehicle insurance    15c. _____ **$211.00**

  15d.  Other insurance.  Specify: _____    15d. _____

**16.** **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. _____

**17.** **Installment or lease payments:**

  17a.  Car payments for Vehicle 1   **Future vehicle payment (s)**    17a. _____ **$557.00**

  17b.  Car payments for Vehicle 2    17b. _____

  17c.  Other.  Specify: _____    17c. _____

  17d.  Other.  Specify: _____    17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**    18. _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____    19. _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

  20a.  Mortgages on other property    20a. _____

  20b.  Real estate taxes    20b. _____

  20c.  Property, homeowner's, or renter's insurance    20c. _____

  20d.  Maintenance, repair, and upkeep expenses    20d. _____

  20e.  Homeowner's association or condominium dues    20e. _____

**21.**  **Other.**  Specify:  **See continuation sheet**    21.  + _____ **$310.00**

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

| | | |
|---|---|---|
| | 22. | **$6,937.00** |

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.

| | | |
|---|---|---|
| | 23a. | **$7,170.00** |

23b. Copy your monthly expenses from line 22 above.

| | | |
|---|---|---|
| | 23b. − | **$6,937.00** |

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.

| | | |
|---|---|---|
| | 23c. | **$233.00** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
**See continuation sheet.**

21. **Other.  Specify:**

**Pet Care**                                                                                    **$70.00**

**Children's athletic expenses**                                                 **$240.00**

Total: | **$310.00**

24. **Expected increase or decrease in expenses within the year after you file this form:**

Debtor has been making the monthly loan and insurance payments on his deceased mother's vehicle, which  is currently in his possession, and will maintain same until it is determined what is to be done with the vehicle.  Debtors believe that if they need to replace the Fiat, they will have to pay approx. the same monthly amount.  Debtors' lease payment will increase from $2500 to $3750 per month in November, 2015.  Debtors' daughter will be moving into the UT dorm for the Fall semester.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  **Paul Richard Carrozza**                                    Case No.    **15-11091**
**Shiela Denise Carrozza**

Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $20,025.95 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $1,475,140.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $5,618.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $2,652,832.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $7,170.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $6,937.00 |
| | TOTAL | 51 | $20,025.95 | $4,133,591.10 | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re **Paul Richard Carrozza**
     **Shiela Denise Carrozza**

Case No.    **15-11091**

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re  **Paul Richard Carrozza**                                                                              Case No.    **15-11091**
      **Shiela Denise Carrozza**                                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**53**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **9/4/2015**_____                 Signature  **/s/ Paul Richard Carrozza**_____
                                                                            **Paul Richard Carrozza**


Date  **9/4/2015**_____                 Signature  **/s/ Shiela Denise Carrozza**_____
                                                                            **Shiela Denise Carrozza**
                                                               [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

In re: **Paul Richard Carrozza**　　　　　　　　　　　Case No. __**15-11091**__
　　　　**Shiela Denise Carrozza**　　　　　　　　　　　　　　　　　　　　(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$41,496.00** | **2015 - YTD Debtor: Coaching/Consulting** |
| **$48,306.00** | **2014 Debtor: Coaching/Consulting** |
| **$61,730.00** | **2013 Debtor: Consulting-$61,400; UT-$330** |
| | |
| **$8,090.00** | **2015 - YTD Joint Debtor -Cleaning & swim lessons** |
| **$2,000.00** | **2014 Joint Debtor - Swimming lessons** |
| **$0.00** | **2013 Joint Debtor** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$ 8,000.00** | **2015 YTD - Debtor - Gifts from Debtor's mother.** |
| **$29,200.00** | **2014 - Debtor - Gifts from Debtor's mother** |
| **$1,250.00** | **2014 - Debtor - Gift from R. Taubman** |
| **$16,998.00** | **2013 - Debtor - Distribution from surrendered insurance policies, now closed.** |
| | **2013 - Debtor - Gifts from Debtor's mother will be determined when her estate is administered;    Debtor will amend.** |
| **$1,237.00** | **2013 - Proceeds from sale of stock** |
| **$3,759.00** | **2013 - IRA distributions** |
| **$3.00** | **2013 - Dividend distibution** |
| **$1,384.00** | **2013 - Co-Debtor - Distribution from surrendered insurance policies, now closed.** |
| **$1,884.00** | **2013 - Minor son - Distribution from surrendered insurance policy, now closed.** |
| **$170.00** | **2014 - Minor daughter - Distribution from surrendered insurance policy, now closed.** |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:  **Paul Richard Carrozza**        Case No.  **15-11091**
**Shiela Denise Carrozza**                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

None
☐  b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Shon and Alissa Bayer**<br>**3001 Wade Avenue**<br>**Austin, TX 78703** | 5/5/15-$2000<br>6/5/15-$2000<br>7/5/15-$2000<br>(sec. deposit applied)<br>8/5/15-$2500 | **$8,500.00** | **$38,500** |

None
☑  c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Frost Bank vs. Paul Carrozza & Shiela Carrozza;**<br>**Cause No. C-1-CV-14-010070** | **Suit on debt.** | **County Court at Law No. 2**<br>**Travis County, Texas** | **Pending** |
| **FWH Investments IRA, LLC vs. Ron Garriques, Run-Tex, Inc. and Paul Carrozza;**<br>**Cause No. D-1-GN-14-004413** | **Suit on debt.** | **200th Judicial District Court**<br>**Travis County, Texas** | **Pending** |
| **Adidas America, Inc. vs. Run-Tex, Inc., Paul Carrozza, and Shiela Carrozza;**<br>**Cause No. C-1-CV-13-008129** | **Suit on debt.** | **County Court at Law No. 2**<br>**Travis County, Texas** | **Default Judgment entered 03/19/14; Post-judgment discovery on-going.** |
| **James Valadez d/b/a Limelight Sports & Entertainment, LLC, Jim Valadez d/b/a JV Austin Productions, LLC and Warren Struss d/b/a C&W Enterprise;**<br>**Cause No. C-1-CV-14-000177 vs. Paul Carrozza and RunTex Foundation** | **Breach of Contract.** | **County Court at Law No. 2, Travis County, Texas** | **Agreed Judgment entered 02/05/14.** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Paul Richard Carrozza**                    Case No.  **15-11091**
**Shiela Denise Carrozza**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **Asics America Corporation vs. Run-Tex, Inc. dba Carroza Athletics & Paul Carroza; Cause No. C-1-CV-13-008547** | Suit on debt. | **County Court at Law No. 2, Travis County, Texas** | **Default Judgment entered 12/5/13; Post-judgment discovery on-going.** |
| **New Balance Athletic Shoe vs. Paul Carrozza dba Run-Tex-Elite & Sheila Carrozza dba Run-TexElite Cause No. C-1-CV-13-008553** | Suit on debt. | **County Court at Law No. 1, Travis County, Texas** | **Judgment entered 11/8/13; Post-judgment discovery on-going.** |
| **Saucony, Inc. vs. Run-Tex, Inc. dba Carrozza Athletics and Paul Carrozza; Cause No. C-1-CV-13-003500** | Suit on debt. | **County Court at Law No. 1, Travis County, Texas** | **Default Judgment entered 7/16/13; Post-judgment discovery on-going.** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Velocity Credit Union** **P.O. Box 1089** **Austin, TX 78767-1089** | **02/27/15** | **2012 Jeep Wrangler** **$12,105 deficiency balance** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

In re:  **Paul Richard Carrozza**                                           Case No.  **15-11091**
        **Shiela Denise Carrozza**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debt Education & Certification Foundation 112 Goliad Street Benbrook, TX 76126-2009 | 03/16/15 | $50.00 |
| Barron & Newburger, P.C. 1212 Guadalupe, Suite 104 Austin, TX 78701 | 03/19/15 04/03/15 08/18/15 | $1,000.00 $2,500.00 $335.00 (filing fee) |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Comerica Bank 2414 Exposition Blvd. Austin, TX 78703 | Savings Acct. #xxxxxx6232 $0.00 | 9/5/14 |
| Wells Fargo Bank 3738 Bee Caves Rd. Austin, TX 78746 | Checking Acct. #xxxxxx1720 $0.00 | 09/2014 |
| Comerica Bank 2414 Exposition Blvd. Austin, TX 78703 | Checking Acct. #xxxxxx0596 $0.00 | 05/05/14 |
| Comerica Bank 2414 Exposition Blvd. Austin, TX 78703 | Checking Acct. #xxxxxx7138 -$1,487.45 | 09/05/14 |
| State Farm Life Insurance Company P.O. Box 2364 | Daughter's Universal Life Insurance Policy -x6615 | Surrendered in 2014; tax consequence of |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Paul Richard Carrozza**                      Case No.  **15-11091**
       **Shiela Denise Carrozza**                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| | | |
|---|---|---|
| Bloomington, IL  61702-2364 | | $4054 |
| | Son's Universal Life Insurance Policy -x7174 | Surrendered in 2014; tax consequence of $2387 |
| Velocity Credit Union<br>P.O. Box 1089<br>Austin, TX 78767-1089 | Account # xxx753-S1;<br>Final balance - $5.00 | July 6, 2015; Amount remaining in account off-set against deficiency balance on repossessed Jeep. |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Phyllis Carrozza (Deceased)**<br>**1608 Menasco Circle**<br>**Folsom, CA 85630** | **2014 Fiat 500L**<br>**Value: $11,500** | **100 E. 51st Street, #4**<br>**Austin, TX 78751** |
| **Debtors' Minor Children**<br>**100 E. 51st Street, #4**<br>**Austin, TX  78751** | **Fidelity 529 Education Plan**<br>**Acct. No. x7220 - $120.00**<br>**Acct. No. x7329 - $0.00**<br>**Acct. No. x7465 - $0.00** | **Cetera Financial Specialists**<br>**4131 Spicewood Springs Rd.**<br>**Suite B1**<br>**Austin, TX 78759** |
| **Debtors' Minor Children**<br>**100 E. 51st Street, #4**<br>**Austin, TX  78751** | **Wells Fargo Teen Accounts:**<br>**Son - Acct. x7392 - $.80**<br>**Son - Acct. x1597 - $.33** | **Wells Fargo Bank**<br>**609 Castle Ridge Road**<br>**Suite 430**<br>**Austin, TX  78746** |
| **Police Activity League**<br>**P.O. Box 689001**<br>**Austin, TX  78768-9001** | **Account #xxx885 - $3541**<br>**Debtor is a signor on the account for checks over a certain amount.** | **Velocity Credit Union**<br>**P.O. Box 1089**<br>**Austin, TX 78767-1089** |

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3200 Grandview St., #5**<br>**Austin, TX 78705** | **Paul Richard Carrozza**<br>**Shiela Denise Carrozza** | **07/2011-**<br>**02/2014** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: **Paul Richard Carrozza**                    Case No.  **15-11091**
**Shiela Denise Carrozza**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

#### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

#### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

#### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **RunTex, Incorporated**<br>**3200 Grandview St., #5**<br>**Austin, TX 78705**<br>**Tax ID# 17425336504** | **Retail (Running Gear)** | **04/1988 - 04/2013** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:   **Paul Richard Carrozza**                   Case No.   **15-11091** _____
           **Shiela Denise Carrozza**                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

| | | |
|---|---|---|
| **RunTex Foundation**<br>420 W. Riverside Drive<br>Austin, TX 78704<br>Tax ID# 14504945867 | **Non-profit Organization** | **09/18/2002 - present** |
| **Wingstar Enterprises, LLC**<br>750 Allison Lane<br>San Marcos, TX 78666<br>Tax ID#: 32039646602 | **Consulting Business** | **06/01/2009 -**<br>**10/02/2013** |
| **Police Activity League**<br>P.O. Box 689001<br>Austin, TX 78768-9001 | **Charitable organization** | **2011 - present** |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Barry W. Coffman, CPA**<br>4131 Spicewood Springs Rd., Suite B1<br>Austin, TX 78759 | **1989 - present** |

None ☑   b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: **Paul Richard Carrozza**          Case No. **15-11091**
**Shiela Denise Carrozza**                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None ☑ **21. Current Partners, Officers, Directors and Shareholders**

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

None ☑ **22. Former partners, officers, directors and shareholders**

a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

None ☑ **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None ☑ **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None ☑ **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **9/4/2015**                 Signature       **/s/ Paul Richard Carrozza**
                                  of Debtor       **Paul Richard Carrozza**

Date **9/4/2015**                 Signature       **/s/ Shiela Denise Carrozza**
                                  of Joint Debtor **Shiela Denise Carrozza**
                                  (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Paul Richard Carrozza**
**Shiela Denise Carrozza**

CASE NO   **15-11091**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>City of Austin<br>dba Austin Energy<br>721 Barton Springs Road<br>Austin, TX  78704<br>xxxxx x0000 | **Describe Property Securing Debt:**<br>Utility service - 100 E. 51st St. |

Property will be (check one):
- ☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt   ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T<br>P.O.  Box 537104<br>Atlanta, GA  30353 | **Describe Leased Property:**<br>Cell Phone Service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☒         NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T U-verse<br>P.O.  Box 5014<br>Carol Stream, IL  60197 | **Describe Leased Property:**<br>Internet/Uverse Service | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☒         NO ☐ |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **Paul Richard Carrozza**
**Shiela Denise Carrozza**

CASE NO **15-11091**

CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Shon and Alissa Bayer<br>3001 Wade Avenue<br>Austin, TX 78703 | **Describe Leased Property:**<br>Residential Real Property Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑   NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **9/4/2015**

Signature **/s/ Paul Richard Carrozza**
*Paul Richard Carrozza*

Date **9/4/2015**

Signature **/s/ Shiela Denise Carrozza**
*Shiela Denise Carrozza*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Paul** | **Richard** | **Carrozza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Shiela** | **Denise** | **Carrozza** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **15-11091**
(if known)

☐ Check if this is an amended filing

---

Official Form 22A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse.  Be as complete and accurate as possible.  If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:  Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?**  Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose."  Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the Voluntary Petition (Official Form 1).

   ☑ **No.**  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3.  Then submit this supplement with the signed Form 22A-1.

   ☐ **Yes.**  Go to Part 2.

### Part 2:  Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ **No.**  Go to line 3.

   ☐ **Yes.**  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ **No.**  Go to line 3.

      ☐ **Yes.**  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ **No.**  Complete Form 22A-1.  Do not submit this supplement.

   ☐ **Yes.**  Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ **No.**  Complete Form 22A-1.  Do not submit this supplement.

      ☐ **Yes.**  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

      If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now* and sign Part 3.  Then submit this supplement with the signed Official Form 22A-1.  You are not required to fill out the rest of Official Form 22A-1 during the exclusion period.  The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward.  11 U.S.C. § 707(b)(2)(D)(ii).

      If your exclusion period ends before your case is closed, you may have to file an amended form later.

---

| Debtor 1 | **Paul** | **Richard** | **Carrozza** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Shiela** | **Denise** | **Carrozza** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **15-11091**
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

---

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

First Name          Middle Name          Last Name          Case number (if known)

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

Gross receipts (before all deductions) _____

Ordinary and necessary operating expenses − _____

Net monthly income from a business, profession, or farm _____ **Copy here ➜** _____ _____

**6. Net income from rental and other real property**

Gross receipts (before all deductions) _____

Ordinary and necessary operating expenses − _____

Net monthly income from rental or other real property _____ **Copy here ➜** _____ _____

**7. Interest, dividends, and royalties** _____ _____

**8. Unemployment compensation** _____ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: .................↓

For you............................................................... _____

For your spouse................................................... _____

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. _____ _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____ _____ _____

10b. _____ _____ _____

10c.  Total amounts from separate pages, if any. + _____ + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[_____] + [_____] = [_____]

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.**  Follow these steps:

12a.  Copy your total current monthly income from line 11.......................................................**Copy line 11 here ➜** 12a. [_____]

Multiply by 12 (the number of months in a year). **X    12**

12b.  The result is your annual income for this part of the form. 12b. [_____]

First Name     Middle Name     Last Name

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household................................................................ 13.

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

| Part 3: | Sign Below |
| --- | --- |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Paul Richard Carrozza**                    X **/s/ Shiela Denise Carrozza**

**Paul Richard Carrozza**                              **Shiela Denise Carrozza**

Date **9/4/2015**                                          Date **9/4/2015**
      MM / DD / YYYY                                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **PAUL RICHARD CARROZZA** | § | **Case No.  15-11091** |
| **SHIELA DENISE CARROZZA** | § | **(Chapter 7)** |
| | § | |
| Debtors. | § | |

<u>**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
**BY THE ATTORNEY FOR DEBTORS**</u>

The undersigned attorney does hereby certify under penalty of perjury pursuant to Rule 2016(b) of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to the firm for services to be rendered in connection with the case is as follows:  Fees will be billed at the following rates:

    Attorneys  $175-495/hr.
    Support Staff $20-100/hr.

2. The firm received payments of $3,500.00 during the year prior to bankruptcy which were applied to pre-petition fees.

3. That the source of such compensation is as follows: all fees will be paid by the Debtors.

4. That affiant has not shared nor agreed to share such compensation with anyone except shareholders and associates of the firm.

EXECUTED ON THIS THE 4th day of September, 2015.

       By:  */s/ Lynn E. Saarinen*    
          Lynn E. Saarinen